1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: denise.barton@usdoj.gov
8
   Attorneys for the United States
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )   CR NO. 11-MJ-71125-MAG
                                         )
14 |         Plaintiff,                  )
                                         )   STIPULATION AND [PROPOSED]
15 |    v.                               )   ORDER TO CONTINUE THE STATUS
                                         )   CONFERENCE AND WAIVE TIME
16 | TUAN TAN NGUYEN,                    )   PERIOD OR PRELIMINARY
     a/k/a Quang Ding Phan,              )   HEARING
17 |                                     )
             Defendant.                  )
18 |                                     )
                                         )
19

20

21

22

23

24

25

26

27

28
   US V. NGUYEN, CR NO. 11-MJ-71125-MAG
   STIP. AND [PROPOSED] ORDER

1     On October 4, 2011, the defendant made his first appearance in this District on a
2 complaint from the District of Massachusetts, *United States v. Tuan Tan Nguyen*, Case No. CR
3 95-0249-JLA. On October 14, 2011 and October 28, 2011, at prior appearances on this matter
4 before the Honorable Rosalyn M. Chapman and Timothy J. Bommer, respectively, the defendant
5 waived his right to have a preliminary hearing on the complaint within the time period set under
6 Fed. R. Cr. P. 5(c)(3)(C) and 5.1(c).

7     On November 18, 2011, the defendant appeared before the Honorable Joseph C. Spero.
8 Defense counsel and counsel for the United States advised the Court that the defendant was
9 seeking to resolve the matter by pleading guilty in this District under Fed. R. Cr. P. 20; that
10 negotiations were ongoing with the District of Massachusetts; and that additional time was
11 required to complete the negotiations and effect the transfer of the case to this District. On that
12 date, the defendant again waived his right to seek a preliminary hearing on the complaint with the
13 time period set under Fed. R. Cr. P. 5(c)(3)(C) and 5.1(c). The matter was set for a further
14 appearance on December 16, 2011.

15     The parties have continued to work towards resolution of this matter and the two United
16 States Attorney's Offices involved, the District of Massachusetts and the Northern District of
17 California, are seeking the requisite approvals to affect a Rule 20 transfer. To allow sufficient
18 time for the United States Attorney's Offices and the defendant to complete the negotiations and
19 obtain the requisite approvals, the parties seek a continuance until January 18, 2012 and request

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

US V. NGUYEN, CR NO. 11-MJ-71125-MAG
STIP. AND [PROPOSED] ORDER

that the matter be set for status on that date. As he has at prior appearances, the defendant waives his right to seek a preliminary hearing on the complaint with the time period set under Fed. R. Cr. P. 5(c)(3)(C) and 5.1(c).

Date: December 14, 2011

                                Respectfully Submitted,

                                MELINDA HAAG
                                UNITED STATES ATTORNEY

                                /s/
                                DENISE MARIE BARTON
                                Assistant U.S. Attorney

                                TUAN TAN NGUYEN

                                /s/
                                RONALD C. TYLER
                                Attorney for TUAN TAN NGUYEN

## [PROPOSED] ORDER

In accordance with Fed. R. Cr. P. 5(d), based upon the representation of counsel, the defendant's stated consent, and for good cause shown, the Court finds that the ends of justice served by extending the time period set for a preliminary hearing under Fed. R. Cr. P. 5(c)(3)(C) and 5.1(c) outweigh the best interests of the public and the defendant in a prompt disposition of this matter. Therefore, IT IS HEREBY ORDERED that the status conference on December 16, 2012 be continued until January 18, 2012. IT IS FURTHER ORDERED that the period by which a preliminary hearing on the complaint must be heard is continued from December 16, 2011 through January 18, 2012.

DATED: Dec 14, 2011

                                HONORABLE ELIZABETH D. LAPORTE
                                United States Magistrate Court Judge